**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **\*\*SANCTIONED/BARRED\* ANDRENIQUE HOWARD** | **CASE NO: 23-cv-1408** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRISTUS ST FRANCES CABRINI HOSPITAL ET AL** | **MAG. JUDGE PEREZ-MONTES** |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendations of the Magistrate Judge [Doc. Nos. 19 and 20] previously filed herein, and having thoroughly reviewed the record, including the Objection [Doc. No. 21] filed by Plaintiff Andrenique Howard, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this lawsuit is **DISMISSED** as frivolous pursuant to Federal Rule of Civil Procedure 12(b)(6).

**IT IS FURTHER ORDERED** that in addition to this Court's previous orders, which remain effective, including placement on the sanctioned/barred list, that:

1. The Clerk of Court shall not accept any further filings in this lawsuit and the other closed cases[1] filed by Howard;
2. Howard shall be prohibited from filing any future documents or motions in this lawsuit and the other closed cases filed by Howard, except for a notice of appeal or appellate documents; and
3. Any request not prohibited by previous Orders or this Judgment shall be made via U.S. Mail only.

---

[1] 1:21-cv-04163, Howard v. Davis, et al.; 1:22-cv-05422, Howard v. Jarrell, et al.; 1:23-cv-01132, Howard v. Labor & Wages, et al.; 1:23-cv-01408, Howard v. Christus St. Frances Cabrini Hospital, et al.

**IT IS FURTHER ORDERED** that the Clerk of Court enter a copy of this Order in each of Howard's pending and dismissed lawsuits.

THUS, DONE AND SIGNED at Monroe, Louisiana, this the 20th day of March 2024.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**